JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANA FEWELL, individually and as Successor in Interest to WELDON PATTERSON FEWELL, deceased; NOLAN FEWELL, individually and as Successor in Interest to WELDON PATTERSON FEWELL, deceased; and KAREN SIFFERT, individually,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; COUNTY OF SANTA BARBARA; OFFICER MARTIN SANCHEZ, an individual; DEPUTY GREG SORENSON, an individual; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 2:16-cv-01934 DSF (JEMx)<br><br>**JUDGMENT** |

The Motion of Defendants State of California, California Highway Patrol, and Officer Martin Sanchez for Summary Judgment, or, in the Alternative, Partial Summary Judgment, came on regularly for hearing before this Court on March 27, 2017. Donna M. Dean appeared for Defendants and moving parties. Brian T. Dunn and Jennifer A. Bandlow appeared for Plaintiffs.

1

After considering the moving and opposition papers, and having concluded that there is no genuine issue as to any material fact with respect to any of the Plaintiffs' claims for relief against Defendants,

IT IS ORDERED that judgment be entered in favor of Defendants State of California, California Highway Patrol, and Officer Martin Sanchez.

Dated: 4/11/17

Dale S. Fischer, Judge